UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEGIS THERAPIES, INC., | Case No.  1:21-cv-00605-DAD-EPG |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK TO ENTER DEFAULT JUDGMENT |
| DYCORA TRANSITIONAL HEALTH – CLOVIS LLC, et al., | (ECF Nos. 31, 34) |
| Defendants. | |

On June 21, 2021, Plaintiff filed a request for entry of default judgment for sum certain (ECF No. 31).  On July 27, 2021, Plaintiff filed a supplement in support of this request (ECF No. 34). Plaintiff filed its request after obtaining a Clerk's entry of default against the Defendants in this case. (ECF Nos. 19-29).

Plaintiff's request relies on Federal Rule of Civil Procedure 55(b)(1), which provides as follows:

> If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk--on the plaintiff's request, with an affidavit showing the amount due--must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

Fed. R. Civ. P. 55(b)(1).

The Court held a hearing on the request on July 23, 2021, to ascertain whether the request was one "for a sum certain or a sum that can be made certain by computation" under Rule

55(b)(1). (ECF Nos. 32, 33). At the hearing, Plaintiff's counsel explained the computational methods employed by Plaintiff to reach the proposed judgment amount.

After consideration of the request, the Court directs the Clerk of the Court to enter judgment against Defendants as proposed by Plaintiff, pursuant to Fed. R. Civ. P. 55(b)(1). (ECF No. 31-14).

IT IS SO ORDERED.

Dated:   **July 28, 2021**                           /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE